IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-327-RJC-DCK

| | |
|---|---|
| EDDRENA MORRIS, JERMAINE GRIFFITH, and KAHLITA BOULWARE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| HC FORKLIFT AMERICA CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Jean Martin, concerning James J. Henson, on June 8, 2023. James J. Henson seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. James J. Henson is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 8, 2023

David C. Keesler
United States Magistrate Judge