IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-327-RJC-DCK

| | |
|---|---|
| EDDRENA MORRIS, JERMAINE GRIFFITH, and KAHLITA BOULWARE,<br><br>Plaintiff,<br><br>v.<br><br>HC FORKLIFT AMERICA CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Jean Martin, concerning Matthew R. Gunter, on June 8, 2023. Matthew R. Gunter seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Matthew R. Gunter is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 8, 2023

David C. Keesler
United States Magistrate Judge