IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:23-cv-00327-RJC-DCK

| | |
|---|---|
| **EDDRENA MORRIS, JERMAINE GRIFFITH, KAHLITA BOULWARE, and The Class They Seek to Represent,**<br><br>Plaintiffs,<br><br>v.<br><br>**HC FORKLIFT AMERICA CORPORATION, a Domestic Profit Company d/b/a HC FORKLIFT,**<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant HC Forklift America Corporation d/b/a HC Forklift, by and through the undersigned counsel, hereby stipulate to and give notice of the dismissal of all of Plaintiffs' claims in this action with prejudice, including all claims that were or might have been asserted by Plaintiffs in this action. Each party shall bear their own fees and costs.

This 3rd day of January, 2024.

| | |
|---|---|
| **/s/ JEAN MARTIN**<br>Jean Martin, Esq.<br>North Carolina Bar No.: 25703<br>Morgan & Morgan, P.A.<br>201 N Franklin St., 7th Floor,<br>Tampa, FL 33602<br>Telephone (813) 559-4908<br>Email: jeanmartin@forthepeople.com<br>**/s/ JAMES J. HENSON**<br>James J. Henson, Esq.<br>Florida Bar No.: 77476<br>*Pro Hac Vice Admitted*<br>**/s/ MATTHEW R. GUNTER**<br>Matthew R. Gunter, Esq.<br>Florida Bar No.: 77459<br>*Pro Hac Vice Admitted* | **/s/ TORY IAN SUMMEY**<br>Tory Ian Summey, Esq.<br>NC State Bar No. 46437<br>Jeremy D. Locklear<br>NC State Bar No. 50842<br>PARKER POE ADAMS & BERNSTEIN LLP<br>Bank of America Tower<br>620 South Tryon Street, Suite 800<br>Charlotte, North Carolina 28202<br>T: (704) 372-9000<br>F: (704) 334-4706<br>Email: torysummey@parkerpoe.com<br>Email: jeremylocklear@parkerpoe.com<br>*Attorneys for Defendant HC Forklift America Corporation d/b/a HC Forklift* |

| | |
|---|---|
| Morgan & Morgan, P.A.<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32802<br>Telephone (407) 428-6241<br>Emails: jjhenson@forthepeople.com<br>    mgunter@forthepeople.com<br>*Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2024, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.